UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| ALAN J. CHRISTIAN, | CASE NO. 4:08 CV 1953 |
| Petitioner, | JUDGE CHRISTOPHER A. BOYKO |
| v. | |
| | ORDER |
| JESSE J. WILLIAMS, | |
| Respondent. | |

This action was dismissed on September 23, 2008, pursuant to Rule 4 of the Rules Governing Section 2254 Cases. On October 2, 2008, petitioner filed a Motion to Reinstate, on the ground that his pending petition for certiorari should not preclude the filing of a habeas petition. The Motion is well taken and is therefore granted. Accordingly, this case is reopened.

IT IS SO ORDERED.

S/Christopher A. Boyko
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

October 16, 2008